UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY GAINES, | No. 2:21-cv-00992 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

Plaintiff is proceeding pro se following the withdrawal of counsel. ECF No. 23. Plaintiff has filed two letters requesting judgment in his favor. ECF Nos. 25, 28. These letters are not identifiable motions under the Federal Rules of Civil Procedure, and there is no action the court can take based on these letters.

A Status (Pretrial Scheduling) Conference is set for July 6, 2022 at 10:00 a.m. in courtroom no. 26 before the undersigned. ECF No. 26. All parties shall appear by counsel or in person if acting without counsel. At this hearing the court will set deadlines for this case. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

      c. Any expected or desired amendment of the pleadings;

      d. Jurisdiction and venue;

      e. Anticipated motions and their scheduling;

      f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

      h. Special procedures, if any;

      i. Estimated trial time;

      j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

      k. Whether the case is related to any other cases, including bankruptcy;

      l. Whether a settlement conference should be scheduled;

      m. Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of her so acting, or whether they prefer to have a settlement conference before another judge;

      n. Any other matters that may add to the just and expeditious disposition of this matter

Parties may make motions as provided in the Federal Rules of Civil Procedure before or after the status conference. Other documents, such as letters to the court, will not be considered.

IT IS SO ORDERED.

DATED: February 1, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE